```
P309 LN[redacted]           MORTGAGE LOAN HISTORY                        01-26-10
NAME T  GASTON              INV-LN[redacted]          DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB     107,992.76  2ND PB            .00
HUD       .00  NET     1308.53  SF .00190000 SUSP       .00 STOP D B P F N A D L
REP       .00  RES         .00                              V 0 0 0 B 3 0 0
  APP            05-12           04-16          03-19          03-17          02-19
  DUE            04-08           04-08          03-08          03-08          02-08
  TYPE/TRAN      1   73           1   52         1   73         1   52         1   73
  AMOUNT      1,136.89             .00       1,033.53             .00       1,085.21
  PRIN-PD        55.94             .00          55.45             .00          54.95
  PRIN-BAL  109,070.04      109,125.98     109,125.98      109,181.43     109,181.43
  INT-PD        977.59             .00         978.08             .00         978.58
  ESC-PD          .00               .00            .00              .00            .00
  ESC-BAL         .00               .00            .00              .00            .00
  A&H-INS         .00               .00            .00              .00            .00
  LIFE-INS        .00               .00            .00              .00            .00
  LC/FEES    1   103.36    1     51.68-          .00     1     51.68- 1       51.68
  MISC-PD         .00               .00            .00              .00            .00
  ADV-BAL         .00               .00            .00              .00            .00
  SUSP            .00               .00            .00              .00            .00
  SC/PAYEE       *                              *                             *

PAGE 016 OF 017    TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```



EXHIBIT C

```
P309 LN ████████         MORTGAGE LOAN HISTORY                        01-26-10
NAME T  GASTON            INV-LN ████████         DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB     107,992.76 2ND PB            .00
HUD       .00 NET     1308.53 SF .00190000 SUSP        .00 STOP D B P F N A D L
REP       .00 RES        .00                                 V 0 0 0 B 3 0 0
   APP                07-08          07-08         06-16         06-10         05-16
   DUE                07-08          06-08         06-08         05-08         05-08
   TYPE/TRAN        4    93         1   73        1   52        1   73        1   52
   AMOUNT              .00       1,085.21           .00      1,085.21           .00
   PRIN-PD             .00          56.95           .00         56.44           .00
   PRIN-BAL     108,956.65     108,956.65    109,013.60    109,013.60    109,070.04
   INT-PD              .00         976.58           .00        977.09           .00
   ESC-PD              .00            .00           .00           .00           .00
   ESC-BAL             .00            .00           .00           .00           .00
   A&H-INS             .00            .00           .00           .00           .00
   LIFE-INS            .00            .00           .00           .00           .00
   LC/FEES             .00   1     51.68   1    51.68-  1     51.68    1    51.68-
   MISC-PD             .00            .00           .00           .00           .00
   ADV-BAL             .00            .00           .00           .00           .00
   SUSP                .00            .00           .00           .00           .00
   SC/PAYEE    *                 *                            *

PAGE 015 OF 017   TOTAL TRANS AVAILABLE 0085   OLDEST TRAN 01-09-08 /P
```

```
P309 LN████████            MORTGAGE LOAN HISTORY                          01-26-10
NAME T  GASTON                    INV-LN████████        DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB          .00
HUD       .00 NET    1308.53 SF .00190000 SUSP         .00 STOP D B P F N A D L
REP       .00 RES        .00                               V 0 0 0 B 3 0 0
```

| | | | | | |
|---|---:|---:|---:|---:|---:|
| APP       | 07-24      | 07-24       | 07-24      | 07-24          | 07-16      |
| DUE       | 12-07      | 00-00       | 00-00      | 07-08          | 07-08      |
| TYPE/TRAN | 3   12     | 3   01      | 3   01     | 1   73         | 1   52     |
| AMOUNT    | 509.18-    | 1,092.34-   | 211.83-    | 961.78         | .00        |
| PRIN-PD   | .00        | .00         | .00        | 76.11          | .00        |
| PRIN-BAL  | 108,880.54 | 108,880.54  | 108,880.54 | 108,880.54     | 108,956.65 |
| INT-PD    | .00        | .00         | .00        | 839.87         | .00        |
| ESC-PD    | 509.18-    | 1,092.34-   | 211.83-    | .00            | .00        |
| ESC-BAL   | 1,813.35-  | 1,304.17-   | 211.83-    | .00            | .00        |
| A&H-INS   | .00        | .00         | .00        | .00            | .00        |
| LIFE-INS  | .00        | .00         | .00        | .00            | .00        |
| LC/FEES   | .00        | .00         | .00        | 1    45.80     | 1    45.80- |
| MISC-PD   | .00        | .00         | .00        | .00            | .00        |
| ADV-BAL   | .00        | .00         | .00        | .00            | .00        |
| SUSP      | .00        | .00         | .00        | .00            | .00        |
| SC/PAYEE  | 42397      | 423974630   | 42397      | *              |            |

PAGE 014 OF 017    TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P

```
 P309 LN [REDACTED]            MORTGAGE LOAN HISTORY                           01-26-10
 NAME T  GASTON              INV-LN [REDACTED]         DUE 07-01-09 TYPE 13-A
 BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB     107,992.76  2ND PB           .00
 HUD        .00  NET      1308.53  SF .00190000 SUSP         .00 STOP D B P F N A D L
 REP        .00  RES          .00                                V 0 0 0 B 3 0 0
   APP                09-08            09-08            08-18            07-25            07-24
   DUE                08-08            08-08            08-08            08-08            12-07
   TYPE/TRAN        1   68           1   73           1   52           1   61            3   13
   AMOUNT               .00           916.00              .00         4,439.16         2,625.81-
   PRIN-PD              .00            76.69              .00              .00              .00
   PRIN-BAL      108,803.85       108,803.85       108,880.54       108,880.54       108,880.54
   INT-PD               .00           839.29              .00              .00              .00
   ESC-PD              .02-              .02              .00         4,439.16         2,625.81-
   ESC-BAL              .00              .02              .00              .00         4,439.16-
   A&H-INS              .00              .00              .00              .00              .00
   LIFE-INS             .00              .00              .00              .00              .00
   LC/FEES              .00              .00          1   45.80-          .00              .00
   MISC-PD              .00              .00              .00              .00              .00
   ADV-BAL         4,439.14         4,439.16         4,439.16         4,439.16              .00
   SUSP                 .00              .00              .00              .00              .00
   SC/PAYEE    *                  *                                                   423974630

PAGE 013 OF 017     TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```

```
P309 LN ████████              MORTGAGE LOAN HISTORY                              01-26-10
NAME T GASTON                  INV-LN ████████████████████      DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB              .00
HUD        .00  NET     1308.53  SF .00190000 SUSP            .00 STOP D B P F N A D L
REP        .00  RES         .00                                      V 0 0 0 B 3 0 0
  APP            10-31          10-16          10-03          10-03          09-16
  DUE            10-08          10-08          09-08          09-08          09-08
  TYPE/TRAN      1  73          1  52          1  68          1  72          1  52
  AMOUNT      1,329.58            .00            .00         916.00            .00
  PRIN-PD        77.88            .00            .00          77.28            .00
  PRIN-BAL  108,648.69     108,726.57     108,726.57     108,726.57     108,803.85
  INT-PD        838.10            .00            .00         838.70            .00
  ESC-PD        413.60            .00           .02-            .02            .00
  ESC-BAL       413.60            .00            .00            .02            .00
  A&H-INS          .00            .00            .00            .00            .00
  LIFE-INS         .00            .00            .00            .00            .00
  LC/FEES          .00   1     45.80-            .00            .00   1     45.80-
  MISC-PD          .00            .00            .00            .00            .00
  ADV-BAL     4,439.12       4,439.12       4,439.12       4,439.14       4,439.14
  SUSP             .00            .00            .00            .00            .00
  SC/PAYEE *                        *              *

PAGE 012 OF 017     TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```

```
P309 LN [REDACTED]           MORTGAGE LOAN HISTORY                              01-26-10
NAME T GASTON            INV-LN [REDACTED]          DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB     107,992.76  2ND PB              .00
HUD        .00 NET   1308.53 SF .00190000 SUSP          .00 STOP D B P F N A D L
REP        .00 RES       .00                                V 0 0 0 B 3 0 0
```

| | | | | | |
|---|---:|---:|---:|---:|---:|
| APP       | 12-12      | 12-12      | 11-13      | 11-13      | 10-31      |
| DUE       | 12-08      | 12-08      | 11-08      | 11-08      | 10-08      |
| TYPE/TRAN | 1   68     | 1   73     | 1   68     | 1   73     | 1   68     |
| AMOUNT    | .00        | 1,329.58   | .00        | 1,329.58   | .00        |
| PRIN-PD   | .00        | 79.08      | .00        | 78.48      | .00        |
| PRIN-BAL  | 108,491.13 | 108,491.13 | 108,570.21 | 108,570.21 | 108,648.69 |
| INT-PD    | .00        | 836.90     | .00        | 837.50     | .00        |
| ESC-PD    | 413.60-    | 413.60     | 413.60-    | 413.60     | 413.60-    |
| ESC-BAL   | .00        | 413.60     | .00        | 413.60     | .00        |
| A&H-INS   | .00        | .00        | .00        | .00        | .00        |
| LIFE-INS  | .00        | .00        | .00        | .00        | .00        |
| LC/FEES   | .00        | .00        | .00        | .00        | .00        |
| MISC-PD   | .00        | .00        | .00        | .00        | .00        |
| ADV-BAL   | 3,198.32   | 3,611.92   | 3,611.92   | 4,025.52   | 4,025.52   |
| SUSP      | .00        | .00        | .00        | .00        | .00        |
| SC/PAYEE  | *          | *          | *          | *          | *          |

PAGE 011 OF 017    TOTAL TRANS AVAILABLE 0085   OLDEST TRAN 01-09-08 /P

```
 P309 LN                    MORTGAGE LOAN HISTORY                       01-26-10
 NAME T  GASTON             INV-LN                       DUE 07-01-09 TYPE 13-A
 BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB           .00
 HUD         .00  NET    1308.53 SF .00190000 SUSP           .00 STOP D B P F N A D L
 REP         .00  RES        .00                                     V 0 0 0 B 3 0 0
   APP              01-30          01-16          01-08          01-07         12-12
   DUE              12-08          01-09          01-09          12-08         01-09
   TYPE/TRAN        3  12          1  52          1  61          3  13         4  93
   AMOUNT          589.82-           .00        2,882.91       2,882.91-         .00
   PRIN-PD            .00             .00            .00            .00           .00
   PRIN-BAL     108,491.13      108,491.13     108,491.13     108,491.13    108,491.13
   INT-PD             .00             .00            .00            .00           .00
   ESC-PD          589.82-           .00        2,882.91       2,882.91-         .00
   ESC-BAL         589.82-           .00            .00        2,882.91-         .00
   A&H-INS            .00             .00            .00            .00           .00
   LIFE-INS           .00             .00            .00            .00           .00
   LC/FEES            .00    1     45.32-           .00            .00           .00
   MISC-PD            .00             .00            .00            .00           .00
   ADV-BAL        6,081.23        6,081.23       6,081.23       3,198.32      3,198.32
   SUSP               .00             .00            .00            .00           .00
   SC/PAYEE     42397                                         423974630   *

 PAGE 010 OF 017     TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```

```
P309 LN ████████           MORTGAGE LOAN HISTORY                      01-26-10
NAME T  GASTON                  INV-LN ████████         DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB          .00
HUD         .00  NET    1308.53  SF .00190000 SUSP        .00 STOP D B P F N A D L
REP         .00  RES        .00                               V 0 0 0 B 3 0 0
  APP            03-16         02-17         02-12         02-12         02-02
  DUE            02-09         02-09         01-09         01-09         01-09
  TYPE/TRAN      1   73        1   52        1   68        1   73        1   61
  AMOUNT      1,320.08           .00           .00      1,320.08         589.82
  PRIN-PD        82.12           .00           .00         81.50            .00
  PRIN-BAL  108,327.51    108,409.63    108,409.63    108,409.63     108,491.13
  INT-PD        824.36           .00           .00        824.98            .00
  ESC-PD        413.60           .00        413.60-       413.60         589.82
  ESC-BAL       413.60           .00           .00        413.60            .00
  A&H-INS          .00           .00           .00           .00            .00
  LIFE-INS         .00           .00           .00           .00            .00
  LC/FEES          .00    1    45.32-          .00           .00            .00
  MISC-PD          .00           .00           .00           .00            .00
  ADV-BAL     6,257.45      6,257.45      6,257.45      6,671.05       6,671.05
  SUSP             .00           .00           .00           .00            .00
  SC/PAYEE    *                              *             *

PAGE 009 OF 017       TOTAL TRANS AVAILABLE 0085   OLDEST TRAN 01-09-08 /P
```

```
P309 LN █████             MORTGAGE LOAN HISTORY                            01-26-10
NAME T  GASTON             INV-LN █████             DUE 07-01-09  TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB            .00
HUD       .00  NET   1308.53  SF .00190000 SUSP         .00 STOP D B P F N A D L
REP       .00  RES        .00                                V 0 0 0 B 3 0 0
  APP              04-16        04-14        04-14        03-16        03-16
  DUE              04-09        03-09        03-09        03-09        02-09
  TYPE/TRAN        1  52        1  68        1  73        1  52        1  68
  AMOUNT             .00          .00     1,320.08          .00          .00
  PRIN-PD            .00          .00        82.74          .00          .00
  PRIN-BAL    108,244.77   108,244.77   108,244.77   108,327.51   108,327.51
  INT-PD             .00          .00       823.74          .00          .00
  ESC-PD             .00       413.60-      413.60          .00       413.60-
  ESC-BAL            .00          .00       413.60          .00          .00
  A&H-INS            .00          .00          .00          .00          .00
  LIFE-INS           .00          .00          .00          .00          .00
  LC/FEES   1      45.32-         .00          .00   1     45.32-         .00
  MISC-PD            .00          .00          .00          .00          .00
  ADV-BAL      5,430.25     5,430.25     5,843.85     5,843.85     5,843.85
  SUSP               .00          .00          .00          .00          .00
  SC/PAYEE                  *              *                         *

PAGE 008 OF 017    TOTAL TRANS AVAILABLE 0085   OLDEST TRAN 01-09-08 /P
```

```
P309 LN███████          MORTGAGE LOAN HISTORY                           01-26-10
NAME  T  GASTON              INV-LN███████████         DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB            .00
HUD        .00 NET     1308.53 SF .00190000 SUSP         .00 STOP D B P F N A D L
REP        .00 RES         .00                               V 0 0 0 B 3 0 0
  APP              06-26           06-16           05-26         05-26         05-18
  DUE              05-09           05-09           04-09         04-09         04-09
  TYPE/TRAN       1   73          1   52          1   68        1   73        1   52
  AMOUNT        1,320.08             .00             .00      1,320.08            .00
  PRIN-PD          84.00             .00             .00         83.37            .00
  PRIN-BAL     108,077.40      108,161.40      108,161.40    108,161.40     108,244.77
  INT-PD          822.48             .00             .00        823.11            .00
  ESC-PD          413.60             .00         413.60-        413.60            .00
  ESC-BAL         413.60             .00             .00        413.60            .00
  A&H-INS            .00             .00             .00           .00            .00
  LIFE-INS           .00             .00             .00           .00            .00
  LC/FEES            .00    1      45.32-             .00           .00    1      45.32-
  MISC-PD            .00             .00             .00           .00            .00
  ADV-BAL       5,016.65        5,016.65        5,016.65      5,430.25       5,430.25
  SUSP               .00             .00             .00           .00            .00
  SC/PAYEE  *                          *               *

PAGE 007 OF 017     TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```

```
P309 LN ████████            MORTGAGE LOAN HISTORY                    01-26-10
NAME T GASTON                  INV-LN ████████        DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB         .00
HUD        .00  NET    1308.53  SF .00190000 SUSP        .00 STOP D B P F N A D L
REP        .00  RES        .00                               V 0 0 0 B 3 0 0
    APP          08-21          08-17          07-22          07-16          06-26
    DUE          06-09          06-09          06-09          06-09          05-09
    TYPE/TRAN     1   72         1   52         1   73         1   52         1   68
    AMOUNT    1,000.00             .00       1,308.53             .00             .00
    PRIN-PD        .00             .00             .00             .00             .00
    PRIN-BAL  108,077.40      108,077.40      108,077.40      108,077.40      108,077.40
    INT-PD         .00             .00             .00             .00             .00
    ESC-PD         .00             .00             .00             .00          413.60-
    ESC-BAL        .00             .00             .00             .00             .00
    A&H-INS        .00             .00             .00             .00             .00
    LIFE-INS       .00             .00             .00             .00             .00
    LC/FEES        .00    1      42.67-           .00    1      42.67-           .00
    MISC-PD        .00             .00             .00             .00             .00
    ADV-BAL    4,603.05        4,603.05        4,603.05        4,603.05        4,603.05
    SUSP      1,000.00             .00       1,308.53             .00             .00
    SC/PAYEE                        *                              *

PAGE 006 OF 017    TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```

```
P309 LN [redacted]          MORTGAGE LOAN HISTORY                              01-26-10
NAME T  GASTON              INV-LN [redacted]           DUE 07-01-09  TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB     107,992.76  2ND PB              .00
HUD         .00  NET     1308.53  SF .00190000 SUSP          .00  STOP D B P F N A D L
REP         .00  RES         .00                                    V 0 0 0 B 3 0 0
  APP               09-16         08-21         08-21         08-21         08-21
  DUE               07-09         07-09         06-09         06-09         06-09
  TYPE/TRAN       1   52         4   93        1   68        1   72         1   72
  AMOUNT              .00           .00           .00      1,361.59      1,361.59-
  PRIN-PD             .00           .00           .00         84.64            .00
  PRIN-BAL     107,992.76    107,992.76    107,992.76    107,992.76    108,077.40
  INT-PD              .00           .00           .00        821.84            .00
  ESC-PD              .00           .00        455.11-       455.11            .00
  ESC-BAL             .00           .00           .00        455.11            .00
  A&H-INS             .00           .00           .00           .00            .00
  LIFE-INS            .00           .00           .00           .00            .00
  LC/FEES       1   42.67-         .00           .00           .00            .00
  MISC-PD             .00           .00           .00           .00            .00
  ADV-BAL        4,147.94      4,147.94      4,147.94      4,603.05      4,603.05
  SUSP                .00           .00           .00           .00      1,361.59-
  SC/PAYEE                    *                 *                 *

PAGE 005 OF 017     TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```

```
 P309 LN                       MORTGAGE LOAN HISTORY                       01-26-10
 NAME T  GASTON              INV-LN                      DUE 07-01-09 TYPE 13-A
 BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB     107,992.76  2ND PB              .00
 HUD       .00 NET     1308.53 SF .00190000 SUSP        .00 STOP D B P F N A D L
 REP       .00 RES         .00                              V 0 0 0 B 3 0 0
   APP           10-26          10-16          09-29          09-29          09-29
   DUE           00-00          07-09          07-09          07-09          07-09
   TYPE/TRAN      6  31          1  52          1  73          1  68          1  73
   AMOUNT           .00            .00            .00            .00            .00
   PRIN-PD          .00            .00            .00            .00            .00
   PRIN-BAL   107,992.76     107,992.76     107,992.76     107,992.76     107,992.76
   INT-PD           .00            .00            .00            .00            .00
   ESC-PD           .00            .00            .00         333.36-         333.36
   ESC-BAL          .00            .00            .00            .00         333.36
   A&H-INS          .00            .00            .00            .00            .00
   LIFE-INS         .00            .00            .00            .00            .00
   LC/FEES          .00   1      42.67-  4     76.25             .00   1     537.33
   MISC-PD          .00            .00            .00            .00            .00
   ADV-BAL     3,814.58       3,814.58       3,814.58       3,814.58       4,147.94
   SUSP             .00            .00          76.25-           .00         870.69-
   SC/PAYEE   SE-FNFS                                       *

PAGE 004 OF 017    TOTAL TRANS AVAILABLE 0085   OLDEST TRAN 01-09-08 /P
```

```
P309 LN [REDACTED]        MORTGAGE LOAN HISTORY                           01-26-10
NAME T  GASTON            INV-LN [REDACTED]         DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB          .00
HUD         .00 NET     1308.53 SF .00190000 SUSP        .00 STOP D B P F N A D L
REP         .00 RES         .00                              V 0 0 0 B 3 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 11-13 | 11-13 | 11-13 | 11-13 | 11-13 |
| DUE | 00-00 | 00-00 | 00-00 | 00-00 | 00-00 |
| TYPE/TRAN | 6   32 | 6   32 | 6   32 | 6   32 | 6   30 |
| AMOUNT | .00 | .00 | .00 | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 107,992.76 | 107,992.76 | 107,992.76 | 107,992.76 | 107,992.76 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 3,814.58 | 3,814.58 | 3,814.58 | 3,814.58 | 3,814.58 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | ATY-TX-BRI | ATY-TX-BRI | ATY-TX-BRI | ATY-TX-BRI | ATY-TX-BRI |

PAGE 003 OF 017       TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P

```
P309 LN                    MORTGAGE LOAN HISTORY                          01-26-10
NAME T  GASTON             INV-LN                      DUE 07-01-09 TYPE 13-A
BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB      107,992.76  2ND PB            .00
HUD       .00  NET    1308.53  SF .00190000 SUSP         .00 STOP D B P F N A D L
REP       .00  RES         .00                               V 0 0 0 B 3 0 0
  APP              12-16          12-03          12-02          12-01          11-16
  DUE              07-09          07-09          12-09          00-00          07-09
  TYPE/TRAN     1    52        1    61        3    13        6    31        1    52
  AMOUNT             .00       2,879.43       2,879.43-           .00            .00
  PRIN-PD            .00            .00            .00            .00            .00
  PRIN-BAL     107,992.76     107,992.76     107,992.76     107,992.76     107,992.76
  INT-PD             .00            .00            .00            .00            .00
  ESC-PD             .00       2,879.43       2,879.43-           .00            .00
  ESC-BAL            .00            .00       2,879.43-           .00            .00
  A&H-INS            .00            .00            .00            .00            .00
  LIFE-INS           .00            .00            .00            .00            .00
  LC/FEES    1    42.67-           .00            .00            .00    1     42.67-
  MISC-PD            .00            .00            .00            .00            .00
  ADV-BAL       6,694.01       6,694.01       3,814.58       3,814.58       3,814.58
  SUSP               .00            .00            .00            .00            .00
  SC/PAYEE                                    423974630      SE-FNFS

PAGE 002 OF 017     TOTAL TRANS AVAILABLE 0085    OLDEST TRAN 01-09-08 /P
```

```
  P309 LN [redacted]              MORTGAGE LOAN HISTORY [redacted]                01-26-10
  NAME T  GASTON              INV-LN[redacted]              DUE 07-01-09 TYPE 13-A
  BR FR MAN B P-TYPE 1 INT .0841000 FIRST PB    107,992.76  2ND PB             .00
  HUD         .00 NET    1308.53  SF .00190000 SUSP        .00 STOP D B P F N A D L
  REP         .00 RES         .00                                V 0 0 0 B 3 0 0
    APP              01-26           01-19           12-30           12-24           12-23
    DUE              00-00           07-09           00-00           07-09           12-09
    TYPE/TRAN       6   31         1   52          6   31          1   61          3   12
    AMOUNT             .00             .00             .00          589.16          589.16-
    PRIN-PD            .00             .00             .00             .00             .00
    PRIN-BAL     107,992.76      107,992.76      107,992.76      107,992.76      107,992.76
    INT-PD             .00             .00             .00             .00             .00
    ESC-PD             .00             .00             .00          589.16          589.16-
    ESC-BAL            .00             .00             .00             .00          589.16-
    A&H-INS            .00             .00             .00             .00             .00
    LIFE-INS           .00             .00             .00             .00             .00
    LC/FEES            .00    1     42.67-             .00             .00             .00
    MISC-PD            .00             .00             .00             .00             .00
    ADV-BAL       7,283.17        7,283.17        7,283.17        7,283.17        6,694.01
    SUSP               .00             .00             .00             .00             .00
    SC/PAYEE     SE-FNFS                         SE-FNFS                         42397

  PAGE 001 OF 017    TOTAL TRANS AVAILABLE 0085   OLDEST TRAN 01-09-08 /P
```