Joe M. Lozano, Jr. / TBN 24005462
Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Cynthia Brown / TBN 24026968
Paul W. Cervenka / TBN 24061301
Adam R. Moore / TBN 24049565
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: bkcyattorneys@bkcylaw.com
Attorney for America's Servicing Company

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § § § RAYMOND CLIVE GASTON JR. § TAMMERA JO GASTON § DEBTORS § § AMERICA'S SERVICING COMPANY § MOVANT § VS § RAYMOND CLIVE GASTON JR. § TAMMERA JO GASTON § AND ROBERT MILBANK, JR., TRUSTEE RESPONDENTS | CASE NO. 309-37300-SGJ-7 CHAPTER 7 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

"I, Teressa J. Williams _____, hereby state the following:

1. I am a duly authorized representative of America's Servicing Company, as servicing agent for US Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2005-4 (hereinafter, collectively referred to as "Movant") and its successors and/or assigns, and hereby make this Affidavit in such capacity.

2. America's Servicing Company is a corporation organized under the laws of the State of South Carolina, and is authorized to sue on its own behalf.

3. I am a custodian of records for Movant. In the course of my employment, I have become familiar with the manner and method in which Movant maintains its books and records in its regular course of business. Those books and records are managed by employees and agents

whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

4. I have reviewed the books and records related to the Note secured by Deed of Trust of even date therewith covering certain real property located at 169 Magnolia Lane, Rockwall, Texas 75032, and more particularly described in the Deed of Trust.

5. Note and/or Deed of Trust Number xxxxxx7997, in the original principal amount of $111,360.00, dated May 13, 2005 and/or Deed of Trust was executed by Original Mortgagors Tammera Gaston and Raymond C. Gaston, Jr. to Sebring Capital Partners, LP.

6. Debtors are in default on their obligations to Movant in that Debtors have failed to make their installment payments when due and owing pursuant to the terms of the above-described Note and/or Deed of Trust.

7. As of January 22, 2010, the total indebtedness was $122,650.80. Debtors are due 7 contractual payments (July 2009 at $1,308.53, August 2009 at $1,308.53, September 2009 at $1,308.53, October 2009 at $1,308.53, November 2009 at $1,308.53, December 2009 at $1,308.53, & January 2010 at $1,308.53). The amount of the current monthly mortgage installment payment is $1,308.53.

8. By failing to make the regular monthly installment payments due pursuant to the Note and/or Deed of Trust, Debtors have not provided adequate protection to Movant.

9. Movant has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to reimbursement under the terms of the Note.

I declare that the foregoing facts are true and correct to the best of my knowledge and belief.
FURTHER AFFIANT SAYETH NOT."

7696-N-0955
309-37300-SGJ-7

America's Servicing Company

By: _____
Print Name: Teressa J. Williams
A Duly Authorized Representative

SUBSCRIBED AND SWORN TO before me by Teressa J. Williams on this the 25 day of Jan., 20 10, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of SC

OFFICIAL SEAL
Notary Public
State of South Carolina
PENNY S. McCRAVEN
My Commission Expires Dec. 14, 2014

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

# CERTIFICATE OF SERVICE

I, Michael J. Burns, hereby certify that a true and correct copy of the foregoing Affidavit in Support of Motion for Relief from Stay has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 29 day of January 2010:

Debtors' Attorney
Richard James Reister
Law Offices of Rich Reister, PLLC
14001 Dallas Parkway
Suite 1200
Dallas, TX 75240

Debtors
Raymond Clive Gaston Jr.
Tammera Jo Gaston
169 Magnolia Lane
Rockwall, Texas 75032

US Trustee
William Neary
1100 Commerce Street, Room 976
Dallas, Texas 75242

Chapter 7 Trustee
Robert Milbank, Jr.
500 North Akard, Suite 2980
Dallas, Texas 75201

Bassel & Wilcox, PLLC
Ginger Colville
RE: Chrysler Financial
P.O. Box 11509
Fort Worth, Texas 76110-0509

Recovery Management Systems Corp
Ramesh Singh
RE: Capital Recovery III LLC
25 SE 2nd Avenue, Suite 1120
Miami, Florida 33131-1605

Bassel & Wilcox, PLLC
Pamela Arnold Bassel
RE: Chrysler Financial
P.O. Box 11509
Fort Worth, Texas 76110-0509

7696-N-0955
309-37300-SGJ-7

/s/ Michael J. Burns   /s/ Cristina Platon Camarata
Joe M. Lozano, Jr.
Cristina Platon Camarata
Michael J. Burns
Cynthia Brown
Adam R. Moore

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY